IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HESS CORPORATION,<br><br>Plaintiff,<br><br>-v.-<br><br>TIROL MANAGEMENT, INC.,<br><br>Defendant. | Civil Action No. 11-CV-3260 (JSR) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE, FED. R. CIV. P. 41(a)(1)

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Hess Corporation, having not served the Complaint and having not been served with an Answer or other responsive pleadings by defendant, Tirol Management, Inc. hereby dismisses without prejudice the Complaint herein, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

BAKER BOTTS LLP

Dated: June 21, 2011       BY: _____ Paul J. Reilly _____
Paul J. Reilly (PR 3233)
Lauren B. Emerson (LE 2649)
30 Rockefeller Plaza
New York, NY 10112
Phone: 212.408.2576
Fax: 212.459.2575

*Attorneys for Plaintiff Hess Corporation*

SO ORDERED this ___ day of June, 2011

_____
Honorable Jed S. Rakoff
United States District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

NY02:715938.1